IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| AMY MARIE ROBERTSON,           )<br>                                                          )<br>                    Plaintiff,           )<br>                                                          )   Civil Case No.  07-1709-HU<br>         v.                                           )<br>                                                          )              O R D E R<br>MICHAEL J. ASTRUE, Commissioner )<br>of Social Security,                            )<br>                                                          )<br>                                                          )<br>                    Defendant.        )<br>_____ ) | |

Rory Linerud
P. O. Box 1105
Salem, Oregon  97308

        Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Neil J. Evans
Assistant United States Attorney
1000 S. W. Third Avenue, Suite 600
Portland, Oregon  97204-2904

Page 1 - ORDER

      Joanne B. Dantonio
      Special Assistant United States Attorney
      Social Security Administration
      701 Fifth Avenue, Suite 2900, M/S 901
      Seattle, Washington  98104-7075

          Attorneys for Defendant

KING, Judge:

      The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and Recommendation on September 17, 2008. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

      Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation (#13).

      IT IS HEREBY ORDERED that the Commissioner's decision is AFFIRMED.

      DATED this    7th    day of October, 2008.

                         /s/ Garr M. King
                            GARR M. KING
                        United States District Judge