IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| AMY MARIE ROBERTSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No.  07-1709-HU |
| v. ) | |
| ) | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    Rory Linerud
    P. O. Box 1105
    Salem, Oregon  97308

        Attorney for Plaintiff

    Karin J. Immergut
    United States Attorney
    District of Oregon
    Neil J. Evans
    Assistant United States Attorney
    1000 S. W. Third Avenue, Suite 600
    Portland, Oregon  97204-2904

Page 1 - JUDGMENT

Joanne B. Dantonio
Special Assistant United States Attorney
Social Security Administration
701 Fifth Avenue, Suite 2900, M/S 901
Seattle, Washington  98104-7075

    Attorneys for Defendant


KING, Judge:

    Based on the record,

    The decision of the Commissioner is hereby AFFIRMED.

    Dated this _____7th_____ day of October, 2008.

                                                    /s/ Garr M. King
                                                    Garr M. King
                                                    United States District Judge